division of this court for the first district at the February term, 1935. Opinion filed May 6, 1935.

Jacob Levy and Philip J. Simon, for appellant; Edward McTiernan, of counsel. Walter J. Fried, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Lillian Maina, appellant, v. Charles P. Schwartz and Lavinia S. Schwartz, appellees. Gen. No. 38,046.

Heard in the first division of this court for the first district at the February term, 1935. Opinion filed May 6, 1935. Rehearing denied May 20, 1935.

Merle C. Finch, for appellant. Milton M. Adelman, for appellees.

Mr. Justice Matchett delivered the opinion of the court.

Bessie Suchy et al., appellees, v. John Hajicek et al., defendants, on appeal of John Hajicek, appellant. Gen. No. 38,244.

Heard in the first division of this court for the first district. Opinion filed May 21, 1935.

Edward H. Kubitz, for appellant. Vincent G. Ponic, for appellees; Stephen Lee and John I. Mayer, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

The National Bank of the Republic of Chicago, appellee, v. 168 Adams Building Corporation et al., defendants. Duffy-Noonan Construction Company and Carpenter, Rumbaugh and Dean, appellants. Gen. No. 38,017.

Heard in the first division of this court for the first district at the June term, 1934. Opinion filed May 22, 1935. Rehearing denied June 10, 1935.

Lowes & Lowes, for appellants. Arthur J. Hughes, Taylor, Miller, Busch & Boyden, George Gillette, Norbert B. Tyrrell and White & Hawxhurst, for appellee National Bank of the Republic of Chicago; Arthur J. Hughes, Francis X. Busch, John S. Miller, Frank Michels, Norbert B. Tyrrell and William Klevs, of counsel. Devenish & Luebeck, for appellee Dearborn Electrical Construction Co.; Earle G. Kallen, of counsel. Cohon & Goldstein, for cross appellee Anderson & Lind Mfg. Co.

Mr. Justice McSurely delivered the opinion of the court.

Katherine M. Rausch, appellee, v. Walter C. Cleave and Hazel M. Cleave, appellants. Gen. No. 38,166.